UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELARREN MASON,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERINTENDENT DONALD SCHAEFER, ST. CLAIR COUNTY, OFFICER MIKE KLEB, OFFICER CRAIG BROWN, OFFICER PATRICK YOUNG, OFFICER DALE LUETKEMYER, OFFICER BRANDON MILLER, OFFICER ARIEL MOSLEY, OFFICER TYRONE SILLAS, OFFICER ZAC LUETKEMYER, OFFICER LUCAS GEHRS, OFFICER JOE VALLINA, OFFICER BRIANNE FUNK, OFFICER TERRENCE BENNETT, OFFICER JOE THOMPSON, NURSE PELLMANN, NURSE KOCHMANN, CHERYL PROST and JOHN DOES 1-6,<br><br>    Defendants. | Case No. 16-cv-1356-JPG-RJD |

## MEMORANDUM AND ORDER

This matter comes before the Court following a January 3, 2018, order by the Court for plaintiff DeLarren Mason to show cause why the Court should not dismiss his claims against the John Doe defendants without prejudice for failure to timely effect service. The Court gave Mason until January 26, 2018, to respond to the order to show cause and warned him that the failure to respond in a timely manner would result in dismissal of those claims. During that time period, Mason requested additional time to amend his complaint to correct another shortcoming – his failure to adequately plead a conspiracy claim against defendant Cheryl Prost – but he has not shown cause why the John Doe defendants should be dismissed. Accordingly, as it warned it would do, the Court **DISMISSES** the six John Doe defendants **without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 30, 2018**

                                               s/ J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**