UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELARREN MASON,<br><br>Plaintiff,<br><br>v.<br><br>SUPERINTENDENT DONALD SCHAEFER, ST. CLAIR COUNTY, OFFICER MIKE KLEB, OFFICER CRAIG BROWN, OFFICER PATRICK YOUNG, OFFICER DALE LUETKEMYER, OFFICER BRANDON MILLER, OFFICER ARIEL MOSLEY, OFFICER TYRONE SILLAS, OFFICER ZAC LUETKEMYER, OFFICER LUCAS GEHRS, OFFICER JOE VALLINA, OFFICER BRIANNE FUNK, OFFICER TERRENCE BENNETT, OFFICER JOE THOMPSON, NURSE PELLMANN, NURSE KOCHMANN, and CHERYL PROST,<br><br>Defendants. | Case No. 16-cv-1356-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having agreed to settle and dismiss others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Cheryl Prost and against plaintiff Delarren Mason on the following claims:

- Count III, a claim pursuant to 42 U.S.C. § 1983 for inadequate mental health care in violation of the Due Process Clause of the Fourteenth Amendment;
- Count VI, a state law claim for intentional infliction of emotional distress; and
- Count VII, a state law claim for civil conspiracy; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims by plaintiff Delarren Mason against defendants Superintendent Donald Schaefer, St. Clair County, Officer Mike Kleb, Officer Craig Brown, Officer Patrick Young, Officer Dale Luetkemyer, Officer Brandon Miller, Officer Ariel Mosley, Officer Tyrone Sillas, Officer Zac Luetkemyer, Officer Lucas Gehrs, Officer Joe Vallina, Officer Brianne Funk, Officer Terrence Bennett, Officer Joe Thompson, Nurse Pellmann, and Nurse Kochmann are dismissed with prejudice and without costs.

**DATED: June 4, 2019**

                                    **MARGARET M. ROBERTIE, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**